AO-10
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1998

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>DANIELS, GEORGE B. | 2. Court or Organization<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br>8/10/99 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>UNITED STATES DISTRICT COURT<br>JUDGE- NOMINEE | 5. ReportType (check appropriate type)<br>X Nomination, Date 8/5/99<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/98 - 7/15/99 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Board of Trustees | Suffield Academy |
| Board of Directors | Andrew Glover Youth Program |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1999 | New York State Retirement System (Retirement Benefits) |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1998 | New York State Supreme Court (salary) Self | $113,000 |
| 1997 | New York State Supreme Court (salary) Self | $113,000 |
| 1998 | Equitable Life Insrance Company (Salary) Spouse | $ |
| 1997 | Equitable Life Insurance Company (Salary) Spouse | $ |
| | | $ |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | NONE (No such reportable reimbursements.) | |
| 2 | EXEMPT | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | NONE (No such reportable gifts.) | | |
| 2 | EXEMPT | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities.) | | |
| 2 | Northwestern Life Insurance Co. | Policy Cash Value Loan | K |
| 3 | MBNA Visa/Mastercard | Credit Card | K |
| 4 | American Express Centurion Bank | Credit Card | J |
| 5 | | | |
| 6 | | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 N.Y.S. Retirement System | B | Int. | K | T | | | | | Exempt |
| 2 HITS GALORE Common Stock | — | None | J | T | | | | | EXEMPT |
| 3 NYS Deferred Compensation | E | Div | M | T | | | | | EXEMPT |
| 4 Northwestern Life Ins. Co. | D | Int. | K | T | | | | | EXEMPT |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1 Income/Gain Codes (See Col. B1, D4): A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2 Value Codes (See Col. C1, D3): J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes (See Col. C2): Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities. and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq.. 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _George Benjamin Daniel_          Date _8/10/99_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

*GEORGE B. DANIELS*

# FINANCIAL STATEMENT
## NET WORTH

**Provide a complete, current financial net worth statement which itemizes in detail all assets (Including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (Including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.**

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks<br>**Greenpoint bank checking acct.** | **3,000** | | Notes payable to banks-secured | -0- | |
| U.S. Government Securities –add schedule<br>**U.S. Savings Bonds** | **20,000** | | Notes payable to banks -unsecured<br>**MBNA**<br>**American Express Centurion Bank**<br>**Chase Bank** | **20,000**<br>**12,000**<br>**7,000** | |
| Listed Securities –add schedule<br>**HITS GALORE Common Stock** | **5,000** | | Notes payable to relatives | -0- | |
| Unlisted Securities–add schedule | -0- | | Notes payable to others<br>**Northwestern Insurance Policy Loan** | **38,000** | |
| Accounts and notes receivable | -0- | | Accounts and bills due | -0- | |
| Due from relatives and friends | -0- | | Unpaid income tax | -0- | |
| Due from others | -0- | | Other unpaid tax and interest | -0- | |
| Doubtful | -0- | | Real estate mortgage payable - add-schedule<br>**Residence**<br>**Vistana Resorts Timeshare** | **159,000**<br>**5,500** | |
| Real Estate owned –add schedule<br>**Residence**<br>**Vistana Resorts Timeshare** | **225,000**<br>**12,500** | | Chattel mortgages and other liens payable | -0- | |
| Real estate mortgages receivable | -0- | | other debts-itemize: | -0- | |
| Autos and other personal property | -0- | | | | |
| Cash value – life insurance<br>**Northwestern Ins. Co.** | **45,000** | | | | |
| Other assets–itemize: | | | | | |
| **NYS Deferred Compensation Plan** | **137,000** | | | | |
| **NYS Retirement System** | **38,000** | | | | |
| | | | Total liabilities | $241,500 | |
| | | | Net Worth | $324,000 | |
| Total Assets | $565,500 | | Total liabilities and net worth | $565,500 | |
| **CONTINGENT LIABILITIES** | -0- | | **General Information** | | |
| As endorser, comaker or guarantor | -0- | | Are any assets pledged? (Add schedule) | NO | |
| On leases or contracts | -0- | | Are you defendant in any suits or legal actions? | Yes | |
| Legal Claims | -0- | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | -0- | | | | |
| Other special debt | -0- | | | | |